# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

COREY BRACKEN,

    Plaintiff,

v.                        Case No. 3:18-cv-951-J-32MCR

LEAGUE OF CITIES, CITY OF
JASPER, FLORIDA, CITY OF
JASPER POLICE DEPARTMENT,
FLORIDA, CHRIS MCGAULEY,
Officer, JEFFREY MCGUIRE,
Chief, MEAGAN LOGAN, retained
counsel from case 3:17-cv-0115,
MARKS GRAY LAW FIRM,
Jacksonville, FL, and JOHN DAVIS,
Major, Hamilton County Sheriff
Department,

    Defendants.

## **O R D E R**

This case is before the Court on the pro se Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2). After giving Plaintiff three opportunities to file a proper amended complaint (Docs. 3, 6, 8), on January 9, 2019, the assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 10) recommending that the Application be denied and the case be dismissed without prejudice. No party has filed an

objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); M.D. Fla. R. 6.02(a).

Upon de novo review and for the reasons stated in the Report and Recommendation (Doc. 10), it is hereby

**ORDERED:**

1. The Report and Recommendation of the Magistrate Judge (Doc. 10) is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2) is **DENIED**.

3. The case is **DISMISSED without prejudice**.

4. The Clerk shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida the 19th day of February, 2019.

TIMOTHY J. CORRIGAN
United States District Judge

sej
Copies to:

Honorable Monte C. Richardson
United States Magistrate Judge

Counsel of record